**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 08-29341 |
| James T. and Wendy S. Meadows, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: May 2, 2014 |
| Debtors. | ) | Time: 10:30 a.m. |

### Notice of Motion

**TO:**   *See Attached Service List*

    PLEASE TAKE NOTICE that on May 2, 2014 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling, or any bankruptcy judge sitting in his stead in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois and then and there present the **Trustee's Motion to i) Approve Compromise or Settlement Pursuant to Rule 9019 with GlaxoSmithKline, (ii) Pay Final Compensation to Special Counsel and iii) Pay Administrative Claims,** a true and correct copy of which is attached hereto and hereby served upon you.

                                                                                 /s/ Elizabeth C. Berg

### Certificate of Service

    I, Elizabeth C. Berg, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list at their respective addresses via CM/ECF electronic mail or first class mail, as noted on the service list, on April 11, 2014.

                                                                                 /s/ Elizabeth C. Berg

Julia D. Loper
Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, Illinois 60602
(312) 726-8150

*Service List*
**James T. & Wendy S. Meadows, debtors**
*Case No. 08-29341*

**Served Electronically Via CM/ECF**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

David Linde
The Fox Valley Legal Group, LLC
delinde.foxvalley@gmail.com

**Served by 1st Class United States Mail**

Margret Lecocke
Williams Kherkher
8441 Gulf Freeway, Suite 600
Houson, TX 77071-5051

Adam Pulaski
Pulaski & Middleman, LLC
4615 Southwest Fwy, Suite 850
Houston, TX 77027

GlaxoSmithKline
c/o John Furnish
Project Administrator
Avandia Mass Tort Litigation
8441 Gulf Freeway, Suite 600
Houson, TX 77071-5051

James T. Meadows
c/o Jason Thomas Meadows
703 Agate St. 5
San Diego, CA  92109

James T. Meadows
411 Butterfield Rd.
North Aurora, IL 60542

James T. Meadows
136 Bradford Drive
Carencro, LA 70520

Stephen Costello
19 N Western Ave
Carpentersville, IL 60110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 08-29341 |
| James T. & Wendy S. Meadows, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: May 2, 2014 |
| Debtors. | ) | Time: 10:30 a.m. |

**Trustee's Motion to (i) Approve Compromise or Settlement Pursuant to Rule 9019
with GlaxoSmithKline and (ii) Pay Final Compensation to Special Counsel and
(iii) Pay Administrative Expenses**

Elizabeth C. Berg, trustee ("Trustee") for the estate ("Estate") of James T. & Wendy S. Meadows[1], debtors ("Debtors"), by her attorneys, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and sections 330 and 503 of title 11, United States Code ("Code") requests this Court for the entry of an order authorizing her to 1) compromise and settle the claims of the Estate against GlaxoSmithKline ("GlaxoSmithKline") on the terms set forth below 2) allowing and authorizing Trustee to pay from the settlement proceeds final compensation and payment of expenses to the Estate's special counsel and 3) allowing and authorizing Trustee to pay from the settlement proceeds the litigation administrative claims. In support of her motion, Trustee states as follows:

**Background**

1. This case was commenced on October 29, 2008 ("Petition Date") by the filing of a voluntary petition for relief under chapter 7 of title 11, United States Code ("Code").

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Charles J. Myler was the initial chapter 7 trustee appointed to this case. He conducted a meeting of creditors pursuant to section 341 of the Code on November 24, 2008,

---
[1] Trustee is informed that Wendy S. Meadows is now deceased.

and subsequently filed a report of no assets.  This case was closed and the trustee discharged on January 29, 2009.

4. On March 7, 2014, this case was reopened on request of the United States Trustee's office who had been informed that James T. Meadows ("Debtor") was the owner of a previously undisclosed personal injury claim.  Elizabeth C. Berg ("Trustee") was appointed as the successor chapter 7 trustee on March 10, 2014.  Trustee is informed that Debtors' counsel of record, David Linde recently passed away and that Debtor does not have bankruptcy counsel.

5. The claims bar date for this case has been fixed as June 23, 2014, and two claims have been filed to date.

**Personal Injury Claim**

6. The Trustee is informed that Mr. Meadows developed health problems after taking the drug Avandia, including suffering an ischemic-related cardiac event on or about January 20, 2003.  As a result of these injuries, Debtor holds tort claims against the maker of the drug, GlaxoSmithKline ("PI Claim").  The PI Claim is the subject of a lawsuit ("PI Litigation") which is currently pending in the Court of Common Pleas, Philadelphia County, Pennsylvania as case no. 44532 and styled <u>James T. Meadows v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline</u> and related to <u>In re: Avandia Litigation</u>, February Term, 2008, No. 2733.

7. On December 10, 2007, prior to filing his bankruptcy petition, Debtor retained the law firms of Williams Kherkher Hart Boundas, LLP ("Williams Kherkher") and Pulaski & Middleman, LLC ("Pulaski") to pursue the PI Claim on his behalf.  The complaint commencing the PI Litigation was filed by Williams Kherkher on or about April 2009.  The PI Claim was not disclosed on the Debtors' bankruptcy schedules nor at the November 2008 first meeting of creidtors.  The Claim became property of this Estate upon the filing of the petition commencing this case in accordance with section 541 of the Code.

2

8. On April 4, 2014, the Trustee was authorized to employ Margret Lecocke of Williams Kherkher and Adam Pulaski of Pulaski as her special counsel (collectively referred to as "PI Counsel"). PI Counsel prosecuted the Debtor's PI Claim and reached a settlement with GlaxoSmithKline prior to the bankruptcy case reopening.

**Proposed Settlement of Claim**

9. Trustee, through PI Counsel, has reached an agreement to settle and compromise the PI Claim with GlaxoSmithKline. Based upon the proposed settlement, the Estate will recover gross proceeds of $89,535.00. Trustee has entered into a settlement agreement ("Settlement Agreement") which is conditioned upon the Court's approval of the proposed settlement. A copy of the Settlement Statement is attached hereto as Exhibit A.

10. The essential terms of the proposed settlement are as follows:

   a) GlaxoSmithKline shall pay the Estate the amount of $89,535.00 in full settlement of the Claim;

   b) A Multi District Litigation PSC Fee Charge of 7% of the gross settlement shall be paid as follows: 6.25% by PI Counsel from its contingent fee and the Trustee shall pay .75% from the net proceeds due to the Estate;

   c) The medical liens against the proceeds shall be paid by the Estate from the settlement award;

   d) GlaxoSmithKline shall receive a release of the claims of James Meadows;

   e) PI Counsel shall receive its 40% contingent fee and costs from the settlement award.

11. Trustee has conferred with PI Counsel and believes that the proposed settlement is fair and reasonable and in the best interests of the Estate. Pursuant to the proposed settlement, the Estate will recover gross proceeds in the amount of $89,535.00 without incurring the cost and risk associated with further litigating the issues which are the subject of the PI

3

Claim. Trustee anticipates that she will have approximately $50,000 in the Estate after payment of the litigation administrative expense claims. Debtor is one of nearly 1,300 claimants in the multi district litigation and Trustee is advised that Debtor's PI Claim is being offered comparable treatment as similarly situated Avandia claimants.

### Payment of Final Compensation to PI Counsel

12. Under the agreement entered into with PI Counsel as special counsel to the Trustee, the terms of which were approved by this Court, Margret Lecocke of Williams Kherkher and Adam Pulaski of Pulaski are entitled to receive forty percent (40%) of any amount recovered in the PI Litigation less the multi district litigation fee as set forth in the Settlement Statement. Accordingly, Trustee seeks authority to pay to PI Counsel $30,218.06 as allowed final compensation for their services rendered on behalf of the Estate in settling and liquidating the PI Claim upon her receipt of the gross settlement proceeds without further order of court.

13. Trustee also seeks authority to pay the litigation expenses of PI Counsel as set forth in the Settlement Statement in the amount of $2,470.22 upon her receipt of the gross settlement proceeds without further order of court. Trustee has reviewed the expenses and has determined that they are reasonable and necessary.

### Payment of Administrative Claims

14. Trustee requests that the claims relating to the PI Claim, namely the Medicare and Medicaid liens in the amount of $509.32 and the Multi-District Litigation fee of $6,267.45 be allowed as administrative expense claims. Trustee seeks authority to pay those fees as set forth in the Settlement Statement upon her receipt of the gross settlement proceeds without further order of court.

### Notice to Creditors

15. Trustee has provided 21 days' notice of this Motion to the Debtor, the United States Trustee, Debtors' creditors and other parties in interest in the form attached hereto as Exhibit B pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

4

WHEREFORE, Elizabeth C. Berg, as trustee of the estate of James T. and Wendy S. Meadows, debtors, requests that this Court enter an order:

A.  Approving the proposed compromise and settlement of the Estate's claims against GlaxoSmithKline pursuant to the terms set forth in the Motion;

B.  Authorizing Trustee to take such steps, do such acts and execute such documents as are necessary in order to implement the terms of the Settlement Agreement;

C.  Allowing and authorizing Trustee to pay to Margret Lecocke of Williams Kherkher and Adam Pulaski of Pulaski the sum of $30,218.06 as final compensation for their services rendered in the resolution of the PI Claim as special counsel to Trustee;

D.  Allowing and authorizing Trustee to pay to Margret Lecocke of Williams Kherkher and Adam Pulaski of Pulaski the sum of $2,470.22 as payment of their expenses relating to the PI Litigation;

E.  Allowing and authorizing Trustee to pay the medical liens of $509.32 and the Multi-District Litigation expense charge of $6267.45 as administrative expense claims;

F.  For such other and further relief as this Court deems just and reasonable.

Dated: April 11, 2014              Respectfully submitted,

                                   ELIZABETH C. BERG, as trustee of the estate of
                                   James T & Wendy S. Meadows, debtors


                                   By_____/s/_____
                                              Elizabeth C. Berg

Elizabeth C. Berg
Julia D. Loper
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, Illinois   60602
(312) 726-8150

5



# Settlement Summary

Case name: Meadows, James: Avandia

Case # 44532

| | | |
|---|---|---:|
| Gross Settlement Proceeds: | | $89,535.00 |
| Client Fee %: 40.00% | Court Ordered MDL PSC Fee Charge (6.25% of Gross Settlement): | $5,595.94 |
| | Balance of attorney fees: | $30,218.06 |

**EXPENSE BREAKDOWN:**

| Expense Category | Amount |
|---|---:|
| Citation Fee | $10.00 |
| Costs related to Attending Court Hearings & Proceedings | $234.37 |
| Delivery Expense | $38.38 |
| Filing Fees | $568.33 |
| Medical & Consulting Experts | $49.34 |
| Medical Records | $1,519.95 |
| Other | $45.11 |
| Postage | $4.26 |
| Research/publication Expense | $0.43 |
| Telephone/Long Distance | $0.05 |

| | | |
|---|---:|---:|
| Less Total Expenses: | | $2,470.22 |
| Liens retained by Court Order for Medicaid Obligations: | $0.00 | |
| Liens retained by Court Order for Medicare Part A and B Obligations: | $209.32 | |
| Liens Retained by Court Order for Medicare Part C Lien Obligations: | $0.00 | |
| Court Ordered Medicare/Medicaid Program Administration Fee: | $300.00 | |
| Less Total Government Liens: | | $509.32 |
| Liens retained by Court Order for Specific Notice Lien Obligations: | $0.00 | |
| Private Lien Resolution Program Obligation: | $0.00 | |
| Private Lien Resolution Program Administration Fee: | $0.00 | |
| Less Total Retained by Claims Administrator for Private Lien Resolution Program: | | $0.00 |
| Less Client Advances: | | $0.00 |
| Less Probate Fees and Expenses: | | $0.00 |
| Less Court-Ordered Multi-District Litigation Expense charge (.75% of Gross Settlement) | | $671.51 |
| Total settlement funds due: | | $50,069.95 |
| Interim payment to client | | $0.00 |
| Funds available for distribution: | | $50,069.95 |

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 08-29341 |
| James T. and Wendy S. Meadows, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: May 2, 2014 |
| Debtors. | ) | Time: 10:30 a.m. |

**Notice of Trustee's Motion to i) Approve Compromise or Settlement with GlaxoSmithKline under Rule 9019 (ii) Pay Final Compensation to Special Counsel and iii) Pay Administrative Claims**

To:   Debtors, All Creditors and Other Parties in Interest

PLEASE TAKE NOTICE that on or about April 11, 2014, Elizabeth C. Berg, as trustee, ("Trustee") of the estate of James T. and Wendy S. Meadows, debtors ("Debtors"), will file **Trustee's Motion to i) Approve Compromise or Settlement Pursuant to Rule 9019 with GlaxoSmithKline, (ii) Pay Final Compensation to Special Counsel and iii) Pay Administrative Expenses** ("Motion").  A copy of the Motion is on file and available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604.  A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at www.ilnb.uscourts.gov/.

The Trustee seeks authorization to compromise and settle with GlaxoSmithKline on the pre-petition claim for personal injuries sustained by James T. Meadows ("Debtor") after consuming the drug Avandia ("PI Claim").  The PI Claim was not listed on the Debtors' schedules when the case was originally filed and the Debtor pursued the PI Claim after the bankruptcy case closed in 2009.  Debtor recently received a settlement offer from Glaxo and the bankruptcy case was reopened on March 7, 2014, for the purpose of recovering and administrating the settlement proceeds from the PI Claim.  Trustee has received prior court approval to retain the PI firms of Williams Kherkher Hart Boundas, LLP and Pulaski & Middleman, LLC ("PI Counsel") to finalize the settlement and collect the PI Claim proceeds on behalf of the Estate.  Trustee has reviewed this settlement and both she and PI Counsel believe that the settlement is fair and reasonable and in the best interests of the Estate.  The Trustee will be able to make a distribution to unsecured creditors without incurring extensive additional costs to pursue the PI Claim.  The gross settlement amount to be paid from GlaxoSmithKline is $89,535.00, from which Trustee seeks authority to pay the contingent fee of PI Counsel in the amount of $30,218.06 and PI Counsel's reasonable and necessary litigation expenses in the amount of $2,470.22. Trustee also seeks to pay as allowed administrative expenses the medical liens of $509.32 and the court ordered Multi-District Litigation Fee of $6,267.45.  Trustee has filed a report of assets in this case and claims are being filed.  The claims bar date is set for June 23, 2014.

Objections, if any, to the proposed compromise with GlaxoSmithKline must be filed on or before May 1, 2014 with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 and a copy served upon Trustee's attorneys at the address set forth below.

A hearing will be held upon the Trustee's Motion and any objections thereto on **May 2, 2014 at 10:30 a.m.** before the Honorable Donald R. Cassling, Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois, at which time you may, but need not, appear and be heard.  If no objections are filed or if no party requests a formal hearing on the Motion, the Motion may be granted without further hearing thereon.


Dated: April 11, 2014                                              Elizabeth C. Berg, Trustee of the Estate of
                                                                              James T. and Wendy S. Meadows, debtors


Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**EXHIBIT B**