UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MEADOWS, JAMES T. § Case No. 08-29341
MEADOWS, WENDY S. §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-29341    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C. Berg |
| Case Name: | MEADOWS, JAMES T. | Date Filed (f) or Converted (c):    10/29/08 (f) |
| | MEADOWS, WENDY S. | 341(a) Meeting Date:    11/24/08 |
| For Period Ending: | 07/14/14 | Claims Bar Date:    06/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 225,000.00 | 0.00 | | 0.00 | FA |
| 411 Butterfield Road, North Aurora, IL-no value to estate after lien and exemption | | | | | |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 3. Checking Account | 800.00 | 0.00 | | 0.00 | FA |
| Checking/Savings @ Argonne Credit Union | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| Misc. Household Goods | | | | | |
| 5. Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 6. Vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 2004 Olds Bravada-no value after lien and costs of sale | | | | | |
| 7. Vehicles | 10,000.00 | 0.00 | | 0.00 | FA |
| 1997 BMW Series 7-lien exceeds value | | | | | |
| 8. Contingent & Unliquidated Claims (u) | 0.00 | 89,535.00 | | 89,535.00 | FA |
| Debtor's unscheduled claim GlaxoSmith Kline in Avandi litigation - settled per order 5/2/14 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $242,670.00    $89,535.00    $89,535.00    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case was reopened on March 7, 2014 upon motion of UST to administer undisclosed PI claim; E. Berg appointed as successor

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.00a

FORM F-
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 08-29341   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg |
| Case Name: MEADOWS, JAMES T. | Date Filed (f) or Converted (c): 10/29/08 (f) |
| MEADOWS, WENDY S. | 341(a) Meeting Date: 11/24/08 |
| | Claims Bar Date: 06/23/14 |

trustee upon case being reopened; Successor Trustee worked with attorneys to settle and liquidate PI Claim; pursuant to Court order 5/2/14, Successor Trustee authorized to settle PI Claim and pay related costs and expenses; Successor Trustee reviewed claims and prepared TFR

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-29341 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | MEADOWS, JAMES T. | | Bank Name: | Associated Bank |
| | MEADOWS, WENDY S. | | Account Number / CD #: | *******6123 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1194 | | | |
| For Period Ending: | 07/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/14 | 8 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | SETTLEMENT - AVANDI LITIGATION | | 83,058.23 | | 83,058.23 |
| | | WILLIAMS KHERKHER HART & BOUNDAS | Memo Amount: 89,535.00 | 1242-000 | | | |
| | | COMMITEE, PLAINTIFF STEERING | Memo Amount: ( 5,595.94 )<br>Court-Ordered Fee | 4220-000 | | | |
| | | DEPARTMENT OF HEALTH AND HUMAN SERV | Memo Amount: ( 209.32 )<br>Medicare Lien Claim | 4220-000 | | | |
| | | COURT OF COMMON PLEAS | Memo Amount: ( 671.51 )<br>Court-orderd MDL Expense Charge | 4220-000 | | | |
| 06/25/14 | 001001 | WILLIAMS KHERKER HART BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Special Counsel Fees<br>Allowed per ct order dtd 5/2/14 | 3210-600 | | 22,663.55 | 60,394.68 |
| 06/25/14 | 001002 | Pulaski & Middleman, LLC<br>4615 SW Freeway #850<br>Houston TX 77027 | Special Counsel Fees<br>Allowed per Ct Order dtd 5-2-14 | 3210-600 | | 7,554.51 | 52,840.17 |
| 06/25/14 | 001003 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Special Counsel Expenses<br>Allowed per Ct Order dtd 5/2/14 | 3220-610 | | 2,470.22 | 50,369.95 |
| 06/25/14 | 001004 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Reimbursement for Medicare/Medicaid<br>Administration Fee - Allowed per BK Ct order dtd 5/2/14 | 4220-000 | | 300.00 | 50,069.95 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.79 | 50,022.16 |

Page Subtotals     83,058.23     33,036.07

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.00a

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-29341 -DRC |
| Case Name: | MEADOWS, JAMES T. |
| | MEADOWS, WENDY S. |
| Taxpayer ID No: | *******1194 |
| For Period Ending: | 07/14/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6123 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 89,535.00 | COLUMN TOTALS | | 83,058.23 | 33,036.07 | 50,022.16 |
| Memo Allocation Disbursements: | 6,476.77 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 83,058.23 | 33,036.07 | |
| Memo Allocation Net: | 83,058.23 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 83,058.23 | 33,036.07 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 89,535.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,476.77 | Checking Account (Non-Interest Earn - *******6123 | | 83,058.23 | 33,036.07 | 50,022.16 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 83,058.23 | | | 83,058.23 | 33,036.07 | 50,022.16 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 14, 2014 |
|---|---|---|---|---|---|---|

Case Number:  08-29341  
Debtor Name:  MEADOWS, JAMES T.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Pulaski & Middleman, LLC<br>4615 SW Freeway #850<br>Houston TX 77027 | Administrative | | $7,554.51 | $7,554.51 | $0.00 |
| | | | 2221656123   06/25/14   1002 | | 7,554.51 | |
| 001<br>3210-60 | WILLIAMS KHERKER HART BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Administrative<br>Total Allowed for Special Counsel per paragraph 3 of order =   30,218.06<br>Less Share of co-counsel Pulaski                              [  7,554.51]<br>                                                                                            ─────────<br>Williams Kherker portion of special counsel fees            22,663.55 | | $22,663.55 | $22,663.55 | $0.00 |
| | | | 2221656123   06/25/14   1001 | | 22,663.55 | |
| 001<br>3210-00 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Administrative<br>Court Allowed Fees for Special Counsel<br>per order dtd 5/2/14 | | $2,470.22 | $2,470.22 | $0.00 |
| | | | 2221656123   06/25/14   1003 | | 2,470.22 | |
| 001<br>2700-00 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Administrative<br>Reimbursement for Court Ordered Medicare/Medicaid Program Administration Fee | | $300.00 | $300.00 | $0.00 |
| | | | 2221656123   06/25/14   1004 | | 300.00 | |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $5,700.00 | $0.00 | $5,700.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $4,001.00 | $0.00 | $4,001.00 |
| 001<br>3120-00 | Baldi Berg, Ltd. | Administrative | | $29.76 | $0.00 | $29.76 |
| | Subtotal for Class Administrative | | | $42,719.04 | $32,988.28 | $9,730.76 |
| 999<br>8200-00 | James T. and Wendy S. Meadows | Unsecured | | $23,181.65 | $0.00 | $23,181.65 |
| 000001<br>070<br>7100-00 | Argonne Credit Union<br>1350 W Renwick Rd<br>Romeoville, IL 60446 | Unsecured | | $4,979.79 | $0.00 | $4,979.79 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,837.75 | $0.00 | $7,837.75 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee | Unsecured | | $2,176.29 | $0.00 | $2,176.29 |

|  | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 14, 2014 |

Case Number:  08-29341  
Debtor Name:   MEADOWS, JAMES T.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| | of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | | | | |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $613.27 | $0.00 | $613.27 |
| | Subtotal for Class Unsecured | | | $38,788.75 | $0.00 | $38,788.75 |
| 1<br>050<br>4220-00 | Plaintiff Steering Committee Fee<br>Avandi Multi-District Litigation | Secured | | $5,595.94 | $5,595.94 | $0.00 |
| | | | 2221656123   06/18/14   10 | | 5,595.94 | |
| 2<br>050<br>4220-00 | Department of Health & Human Services<br>United States Government | Secured | | $209.32 | $209.32 | $0.00 |
| | | | 2221656123   06/18/14   15 | | 209.32 | |
| 3<br>050<br>4220-00 | Court of Common Pleas<br>Philadelphia County, Pennsylvania | Secured | | $671.51 | $671.51 | $0.00 |
| | | | 2221656123   06/18/14   20 | | 671.51 | |
| | Subtotal for Class Secured | | | $6,476.77 | $6,476.77 | $0.00 |
| | Case Totals: | | | $87,984.56 | $39,465.05 | $48,519.51 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-29341
Case Name: MEADOWS, JAMES T.
  MEADOWS, WENDY S.
Trustee Name: Elizabeth C. Berg

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Plaintiff Steering Committee Fee | $ | $ | $ | $ |
| 2 | Department of Health & Human Services | $ | $ | $ | $ |
| 3 | Court of Common Pleas | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Charges: WILLIAMS KHERKHER HART & BOUNDAS, LLP | $ | $ | $ |
| Other: Pulaski & Middleman, LLC | $ | $ | $ |
| Other: WILLIAMS KHERKER HART BOUNDAS, LLP | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: WILLIAMS KHERKHER HART & BOUNDAS, LLP | $ | $ | $ |
| Other: Baldi Berg, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Argonne Credit Union | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD, LLC its successors and assigns as | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $         . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $            .