UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
MEADOWS, JAMES T.                     §    Case No. 08-29341
MEADOWS, WENDY S.                     §
                                      §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Mr. Jeffrey P. Allsteadt
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn Street
          7th Floor
          Chicago   IL   60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
          10:30 a.m.
          on Friday, September 12, 2014
          in Courtroom 240 of the Kane County Courthouse
          100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MEADOWS, JAMES T. § Case No. 08-29341
MEADOWS, WENDY S. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 89,535.00 |
| and approved disbursements of | $ | 39,512.84 |
| leaving a balance on hand of[1] | $ | 50,022.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Plaintiff Steering Committee Fee | $ 5,595.94 | $ 5,595.94 | $ 5,595.94 | $ 0.00 |
| 2 | Department of Health & Human Services | $ 209.32 | $ 209.32 | $ 209.32 | $ 0.00 |
| 3 | Court of Common Pleas | $ 671.51 | $ 671.51 | $ 671.51 | $ 0.00 |
| | WILLIAMS KHERKHER HART & BOUNDAS, LLP | $ 300.00 | $ 300.00 | $ 300.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 50,022.16 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 5,700.00 | $ 0.00 | $ 5,700.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 4,001.00 | $ 0.00 | $ 4,001.00 |
| Other: Pulaski & Middleman, LLC | $ 7,554.51 | $ 7,554.51 | $ 0.00 |
| Other: WILLIAMS KHERKHER HART & BOUNDAS, LLP | $ 2,470.22 | $ 2,470.22 | $ 0.00 |
| Other: WILLIAMS KHERKER HART BOUNDAS, LLP | $ 22,663.55 | $ 22,663.55 | $ 0.00 |
| Other: Baldi Berg, Ltd. | $ 29.76 | $ 0.00 | $ 29.76 |

Total to be paid for chapter 7 administrative expenses      $      9,730.76

Remaining Balance      $     40,291.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,607.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Argonne Credit Union | $ 4,979.79 | $ 0.00 | $ 4,979.79 |
| 000002 | Discover Bank | $ 7,837.75 | $ 0.00 | $ 7,837.75 |
| 000003 | PYOD, LLC its successors and assigns as | $ 2,176.29 | $ 0.00 | $ 2,176.29 |
| 000004 | PYOD, LLC its successors and assigns as | $ 613.27 | $ 0.00 | $ 613.27 |

Total to be paid to timely general unsecured creditors         $         15,607.10

Remaining Balance         $         24,684.30

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 1.7 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,502.65 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 23,181.65 .

Prepared By: /s/ _____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois

In re:                                                                     Case No. 08-29341-DRC
James T. Meadows                                                           Chapter 7
Wendy S. Meadows
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal                Page 1 of 2                  Date Rcvd: Aug 05, 2014
                               Form ID: pdf006               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2014.
db           #+James T. Meadows,    411 Butterfield Rd.,    North Aurora, IL 60542-1319
jdb          #+Wendy S. Meadows,    411 Butterfield Rd.,    North Aurora, IL 60542-1319
aty           +The Law Firm of Baldi Berg & Wallace LTD,   20 N Clark Street Ste 200,   Chicago, IL 60602-4120
12793692      +Allied Interstate,   435 W. Ford Road,    Minneapolis, MN 55426-1063
12793695      +Aurora Finance,   24 E. Downer Pl.,    Aurora, IL 60505-3302
12793698     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Corp Credit Services,    Attn: Centralized Bankruptcy,
               PO Box 20507,    Kansas City, MO 64195)
12793701      +CPU/CBSD,   PO Box 6497,    Sioux Falls, SD 57117-6497
12793696      +Chase- BP,   Attention: Banktruptcy Department,    PO Box 100018,   Kennesaw, GA 30156-9204
12793697       Citgo,   Payment Processing Center,    Des Moines, IA   50362-0300
12793699       Columbia House,    PO Box 91601,   Indianapolis, IN 46291-0601
12793700      +Countrywide Home Loans,    Attn: Bankruptcy SV-3148,    PO Box 5170,   Simi Valley, CA 93062-5170
12793703      +Equifax,   PO Box 740256,    Atlanta, GA 30374-0256
12793704       Experian,   PO Box 9532,    Allen, TX 75013
12793706      +HFC - TA,   Attn.: Bankruptcy,    961 Weigel Dr.,   Elmhurst, IL 60126-1029
12793707      +Illinois Collection Se,    8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
12793709      +Lane Bryant,   PO Box 659562,    San Antonio, TX 78265
12793710       National Enterprise Systems,    29125 Solon Rd.,   Solon, OH 44139-3442
12793711       North Shore Agency,    PO Box 8901,    Westbury, NY 11590-8901
12793713       Value City,   PO Box 659704,    San Antonio, TX 78265-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12793694      +E-mail/Text: BKO@ABRICU.com Aug 06 2014 01:30:13     Argonne Credit Union,   1350 W Renwick Rd,
               Romeoville, IL 60446-5345
12793702       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:36:12     Discover,   PO Box 30395,
               Salt Lake City, UT   84130-0395
21706757       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:36:12     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
12793705       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2014 01:36:00     GE Money Bank,   PO Box 960061,
               Orlando, FL 32896-0061
12793708       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2014 01:36:00     JC Penney,   PO Box 960090,
               Orlando, FL 32896-0090
22047639      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2014 01:33:51
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
12793693       E-mail/PDF: cbp@slfs.com Aug 06 2014 01:35:59     American General Finance,
               200 W. Adams   Suite 2002,   Chicago, IL 60606-5230
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13017477     ##Beneficial Finance,   PO Box 17574,   Baltimore, MD 21297-1574
12793712     ##+Trans Union,   PO Box 6790,   Fullerton, CA 92834-9416
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Aug 05, 2014
                              Form ID: pdf006             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
          David    Linde    on behalf of Debtor James T. Meadows delinde.foxvalley@gmail.com
          David    Linde    on behalf of Joint Debtor Wendy S. Meadows delinde.foxvalley@gmail.com
          Elizabeth C Berg     bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman   Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                             TOTAL: 6
```