UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MEADOWS, JAMES T. | § | Case No. 08-29341 |
| MEADOWS, WENDY S. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Elizabeth C. Berg, Ch. 7 Trustee _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James T. Meadows, debtor |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American General Finance |  |  |  |  |  |
|  | Aurora Finance |  |  |  |  |  |
|  | Countrywide Home Loan |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | COURT OF COMMON PLEAS | | | | | |
| 2 | DEPARTMENT OF HEALTH & HUMAN SERVIC | | | | | |
| 1 | FEE, PLAINTIFF STEERING COMMITTEE | | | | | |
| | WILLIAMS KHERKHER HART & BOUNDAS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| PULASKI | | | | | |
| WILLIAMS KHERKER HART BOUNDAS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAMS KHERKHER HART & BOUNDAS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate | | | | | |
| | Argonne Credit Union | | | | | |
| | Beneficial Finance | | | | | |
| | CPU/CBSD | | | | | |
| | Chase BP | | | | | |
| | Citgo | | | | | |
| | Citicorp Credit Services | | | | | |
| | Citicorp Credit Services | | | | | |
| | Citicorp Credit Services | | | | | |
| | Columbia House | | | | | |
| | Discover | | | | | |
| | GE Money Bank | | | | | |
| | GE Money Bank | | | | | |
| | HFC-TA | | | | | |
| | Illinois Collection Service | | | | | |
| | JC Penney | | | | | |
| | Lane Bryant | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northshore Agency | | | | | |
| | Value City | | | | | |
| 000001 | ARGONNE CREDIT UNION | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | ARGONNE CREDIT UNION | | | | | |
| | DISCOVER BANK | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | JAMES T. AND WENDY S. MEADOWS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - Successor Trustee Report

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-29341 DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | MEADOWS, JAMES T. | Date Filed (f) or Converted (c): | 10/29/08 (f) |
| | MEADOWS, WENDY S. | 341(a) Meeting Date: | 11/24/08 |
| For Period Ending: | 10/13/14 | Claims Bar Date: | 06/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 225,000.00 | 0.00 | | 0.00 | FA |
| 411 Butterfield Road, North Aurora, IL-no value to estate after lien and exemption | | | | | |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 3. Checking Account | 800.00 | 0.00 | | 0.00 | FA |
| Checking/Savings @ Argonne Credit Union | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| Misc. Household Goods | | | | | |
| 5. Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 6. Vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 2004 Olds Bravada-no value after lien and costs of sale | | | | | |
| 7. Vehicles | 10,000.00 | 0.00 | | 0.00 | FA |
| 1997 BMW Series 7-lien exceeds value | | | | | |
| 8. Contingent & Unliquidated Claims (u) | 0.00 | 89,535.00 | | 89,535.00 | FA |
| Debtor's unscheduled claim GlaxoSmith Kline in Avandi litigation - settled per order 5/2/14 | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $242,670.00 | $89,535.00 | | $89,535.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case was reopened on March 7, 2014 upon motion of UST to administer undisclosed PI claim; E. Berg appointed as successor

LFORM1   Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-29341    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Case Name: | MEADOWS, JAMES T. | Date Filed (f) or Converted (c): | 10/29/08 (f) |
| | MEADOWS, WENDY S. | 341(a) Meeting Date: | 11/24/08 |
| | | Claims Bar Date: | 06/23/14 |

trustee upon; Successor Trustee worked with attorneys to settle and liquidate PI Claim; pursuant to Court order 5/2/14, Successor Trustee authorized to settle PI Claim and pay related costs and expenses; Successor Trustee reviewed claims, filed TFR, and made final distribution in Sept, 2014; Expect to close the case once distribution checks clear.

Initial Projected Date of Final Report (TFR): 09/30/14        Current Projected Date of Final Report (TFR): 09/30/14

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 08-29341 -DRC |
| Case Name: | MEADOWS, JAMES T. |
| | MEADOWS, WENDY S. |
| Taxpayer ID No: | *******1194 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6123  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/14 | 8 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | SETTLEMENT - AVANDI LITIGATION | | 83,058.23 | | 83,058.23 |
| | | WILLIAMS KHERKHER HART & BOUNDAS | Memo Amount:          89,535.00 | 1242-000 | | | |
| | | COMMITEE, PLAINTIFF STEERING | Memo Amount:   (      5,595.94 )<br>Court-Ordered Fee | 4220-000 | | | |
| | | DEPARTMENT OF HEALTH AND HUMAN SERV | Memo Amount:   (        209.32 )<br>Medicare Lien Claim | 4220-000 | | | |
| | | COURT OF COMMON PLEAS | Memo Amount:   (        671.51 )<br>Court-orderd MDL Expense Charge | 4220-000 | | | |
| 06/25/14 | 001001 | WILLIAMS KHERKER HART BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Special Counsel Fees<br>Allowed per ct order dtd 5/2/14 | 3210-600 | | 22,663.55 | 60,394.68 |
| 06/25/14 | 001002 | Pulaski & Middleman, LLC<br>4615 SW Freeway  #850<br>Houston TX  77027 | Special Counsel Fees<br>Allowed  per Ct Order dtd 5-2-14 | 3210-600 | | 7,554.51 | 52,840.17 |
| 06/25/14 | 001003 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Special Counsel Expenses<br>Allowed per Ct Order dtd 5/2/14 | 3220-610 | | 2,470.22 | 50,369.95 |
| 06/25/14 | 001004 | WILLIAMS KHERKHER HART & BOUNDAS, LLP<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | Reimbursement for Medicare/Medicaid Administration Fee - Allowed per BK Ct order dtd 5/2/14 | 4220-000 | | 300.00 | 50,069.95 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.79 | 50,022.16 |
| 09/17/14 | 001005 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorneys' Fees | 3110-000 | | 4,001.00 | 46,021.16 |

Page Subtotals          83,058.23          37,037.07

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - Successor Trustee Report

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-29341 -DRC | | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|---|
| Case Name: | MEADOWS, JAMES T. | | Bank Name: | Associated Bank |
| | MEADOWS, WENDY S. | | Account Number / CD #: | *******6123 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1194 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/14 | 001006 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 29.76 | 45,991.40 |
| 09/17/14 | 001007 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 5,700.00 | 40,291.40 |
| 09/17/14 | 001008 | Argonne Credit Union<br>1350 W Renwick Rd<br>Romeoville, IL 60446 | Claim 000001, Payment 103.87386% | | | 5,172.70 | 35,118.70 |
| | | | Claim        4,979.79 | 7100-000 | | | |
| | | | Interest        192.91 | 7990-000 | | | |
| 09/17/14 | 001009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 103.87394% | | | 8,141.38 | 26,977.32 |
| | | | Claim        7,837.75 | 7100-000 | | | |
| | | | Interest        303.63 | 7990-000 | | | |
| 09/17/14 | 001010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 103.87402% | | | 2,260.60 | 24,716.72 |
| | | | Claim        2,176.29 | 7100-000 | | | |
| | | | Interest        84.31 | 7990-000 | | | |
| 09/17/14 | 001011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | Claim 000004, Payment 103.87431% | | | 637.03 | 24,079.69 |

Page Subtotals           0.00           21,941.47

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-29341 -DRC | | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|---|
| Case Name: | MEADOWS, JAMES T. | | Bank Name: | Associated Bank |
| | MEADOWS, WENDY S. | | Account Number / CD #: | *******6123 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1194 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/14 | 001012 | PO Box 19008<br>Greenville, SC 29602<br><br>James T. Meadows, debtor<br>c/o Jason Thomas Meadows<br>703 Agate Street, #5<br>San Diego, CA 92109 | Claim 613.27<br>Interest 23.76<br>Surplus Funds Paid to Debtor<br><br><br><br>Claim 23,181.65<br>Interest 898.04 | 7100-000<br>7990-000<br><br><br><br><br>8200-002<br>7990-000 | | 24,079.69 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 89,535.00 | | COLUMN TOTALS | | 83,058.23 | 83,058.23 | 0.00 |
| Memo Allocation Disbursements: | 6,476.77 | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 83,058.23 | 83,058.23 | |
| Memo Allocation Net: | 83,058.23 | | Less: Payments to Debtors | | | 24,079.69 | |
| | | | Net | | 83,058.23 | 58,978.54 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 89,535.00 | | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 6,476.77 | | Checking Account (Non-Interest Earn - *******6123 | | 83,058.23 | 58,978.54 | 0.00 |
| Total Memo Allocation Net: | 83,058.23 | | | | 83,058.23 | 58,978.54 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 24,079.69 |
|---|---|---|---|---|---|

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*